

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**FILED**
DEC - 6 2007
December 6, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MAGISTRATE JUDGE NOLAN**

### AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

**07 CR 802**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| NORTHERN DISTRICT OF ILLINOIS | ) | CASE NUMBER: **MAGISTRATE JUDGE NOLAN** |

The undersigned Affiant personally appeared before Nan R. Nolan, a United States Magistrate Judge, and being duly sworn on oath, states: That at Harrisburg, Pennsylvania (U.S. District Court for the Middle District of Pennsylvania), one NARESH PATEL was charged with the violation of 8 U.S.C. § 1324 and 18 U.S.C. § 371 for the offenses of knowingly conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and attempt to bring unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an Arrest Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

**FILED**
December 6, 2007
DEC 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SCOTT BISHOP, Special Agent
Immigration and Customs Enforcement

Subscribed and Sworn to before me this 6th day of December, 2007.

*Nan R. Nolan*
United States Magistrate Judge

CHRISTOPHER R. MCFADDEN
Assistant U.S. Attorney

Bond set [or recommended] by issuing Court at _____

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

CR. NO. 07-MJ-138

NARESH PATEL,

WARRANT FOR ARREST

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest NARESH PATEL

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] complaint

[ ] Court Order   [ ] Violation Notice   [ ] Bail Violation Petition

charging the defendant with (brief description of offense)

knowingly conspiring to commit an offense and to defraud the United States; to wit: operating together to bring and attempt to bring in unauthorized aliens into the United States, knowingly and in reckless disregard of the aliens' illegal status, in violation of Title 8 United States Code Section 1324 and Title 18, United States Code Section 371.

J. Andrew Smyser
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ _____ by _____

United States Magistrate Judge
Title of Issuing Officer

Harrisburg, Pa.
Date and Location  Nov. 30, 2007

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named Defendant at _____

DATE RECEIVED: _____

DATE OF ARREST: _____