# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 802 | **DATE** | 12/12/07 |
| **CASE TITLE** | USA vs. Naresh Patel | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Order defendant removed in custody to the Middle District of Pennsylvania - forthwith.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|